

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-19-00038-CV

**ABERCROMBIE & FITCH STORES, INC.**,
Appellant

v.

Ryan **ROBERTS**,
Appellee

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CI23816
Honorable Michael E. Mery, Judge Presiding

PER CURIAM

Sitting:      Patricia O. Alvarez, Justice
              Luz Elena D. Chapa, Justice
              Irene Rios, Justice

Delivered and Filed: April 10, 2019

DISMISSED

Appellant Abercrombie & Fitch Stores, Inc. filed an unopposed motion to dismiss this appeal. The motion states the parties have reached an agreement to settle the underlying lawsuit.

Appellant's motion to dismiss this appeal is granted; this appeal is dismissed. *See* TEX. R. APP. P. 42.1(a)(2), 43.2(f); *Caballero v. Heart of Tex. Pizza, L.L.C.*, 70 S.W.3d 180, 181 (Tex. App.—San Antonio 2001, no pet.) (en banc) (per curiam).

PER CURIAM